**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 21-23668-CV-WILLIAMS**

EDWIN GOMEZ,

      Plaintiff,

v.

THE CITY OF MIAMI, *et al.*,

      Defendants.

_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following the entry of an Order granting Defendant the City of Miami's Motion for Summary Judgment. (DE 110.) Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    Final judgment is entered in favor of Defendant the City of Miami and against Plaintiff Edwin Gomez. Plaintiff shall take nothing from its claims against the City of Miami.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 17th day of October, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE