# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 12, 2024

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY _____JG_____ D.C.

Mar 12, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 23-13763-AA
Case Style: Edwin Gomez v. The City of Miami, et al
District Court Docket No: 1:21-cv-23668-KMW

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13763

_____

EDWIN GOMEZ,

                              Plaintiff-Appellant,

*versus*

THE CITY OF MIAMI,
a municipal corporation authorized to do
business under the laws of the State of Florida,
JAVIER ORTIZ,
an individual,

                              Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:21-cv-23668-KMW

_____

Case 1:21-cv-23668-KMW   Document 130   Entered on FLSD Docket 03/12/2024   Page 3 of 9
USCA11 Case: 23-13763     Document: 24-2     Date Filed: 03/12/2024     Page: 2 of 2

2                                                                              23-13763

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 12, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: March 12, 2024

[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13763

Non-Argument Calendar

_____

EDWIN GOMEZ,

                                      Plaintiff-Appellant,

versus

THE CITY OF MIAMI,
a municipal corporation authorized to do
business under the laws of the State of Florida,
JAVIER ORTIZ,
an individual,

                                      Defendants-Appellees.

_____

2                    Opinion of the Court                    23-13763

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:21-cv-23668-KMW

_____

Before ROSENBAUM, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

Upon review of the record and the parties' responses to the jurisdictional question, this appeal is DISMISSED for lack of jurisdiction.

Edwin Gomez filed a complaint against Miami Police Captain Javier Ortiz and the City of Miami ("the City"). Gomez brought two counts against the City for retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, and the First Amendment to the Constitution. He also asserted the First Amendment claim against Ortiz. The district court dismissed both claims against the City in an omnibus order, and the City moved for certification of a final judgment in its favor pursuant to Federal Rule of Civil Procedure 54(b). On October 17, 2023, the district court issued an order granting that motion and an associated "final judgment" as to the City. Gomez appealed from the October 17, 2023, order and judgment.

The district court's October 17, 2023, order is not final as to all claims and parties because Ortiz remains a party to the action. *See* 28 U.S.C. § 1291; *Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022). It also did not comply with the requirements

Case 1:21-cv-23668-KMW   Document 130   Entered on FLSD Docket 03/12/2024   Page 6 of 9
USCA11 Case: 23-13763   Document: 22-1   Date Filed: 02/12/2024   Page: 3 of 4

23-13763                Opinion of the Court                3

of Rule 54(b) to certify an appealable final judgment as to the City while the claims against Ortiz remain pending, as both parties agree. *See* Fed. R. Civ. P. 54(b); *Lloyd Noland Found., Inc. v. Tenet Health Care Corp.*, 483 F.3d 773, 777 (11th Cir. 2007). While the order noted that all claims against the City were resolved, neither it nor the judgment explicitly stated that there was no just reason to delay an appeal or explain why this case presents the "rare circumstance" in which an immediate appeal is warranted. *See Scott v. Advanced Pharm. Consultants, Inc.*, 84 F.4th 952, 959, 962 (11th Cir. 2023) (noting that a district court's mere conclusion that the standard is met "alone offers sufficient reason to find the Rule 54(b) certification improper"); *Lex Tex Ltd. v. Unifi, Inc. (In re Yarn Processing Pat. Validity Litig.)*, 680 F.2d 1338, 1340 (11th Cir. 1982); *Denson v. United States*, 574 F.3d 1318, 1335 n.52 (11th Cir. 2009).

Furthermore, our independent review reveals that the interests of equity and judicial administration do not favor an immediate appeal. *See Scott*, 84 F.4th at 959, 962; *Ebrahimi v. City of Huntsville Bd. of Educ.*, 114 F.3d 162, 166-68 (11th Cir. 1997). The rare circumstances we have identified as warranting an immediate appeal under Rule 54(b) are not present here. *See Peden v. Stephens*, 50 F.4th 972, 978 (11th Cir. 2022); *Pitney Bowes, Inc. v. Mestre*, 701 F.2d 1365, 1369-70 (11th Cir. 1983); *Doe #1 v. Red Roof Inns, Inc.*, 21 F.4th 714, 722-23 (11th Cir. 2021). The parties do not identify any such circumstances and instead agree that an appeal under Rule 54(b) is not warranted.

| 4 | Opinion of the Court | 23-13763 |
|---|---|---|

Therefore, the October 17, 2023, order and associated judgment are not final or immediately appealable, and we thus lack jurisdiction over this appeal. *See* 28 U.S.C. § 1291; *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012).

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 12, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 23-13763-AA
Case Style: Edwin Gomez v. The City of Miami, et al
District Court Docket No: 1:21-cv-23668-KMW

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing is timely only if received in the clerk's office within the time specified in the rules. **A petition for rehearing must include a Certificate of Interested Persons and a copy of the opinion sought to be reheard.** See 11th Cir. R. 35-5(k) and 40-1.

Costs
No costs are taxed.

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or

cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion